UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

STATE OF LOUISIANA, ET AL                    CIVIL ACTION

VERSUS                                       NO: 07-9409

ALLSTATE INSURANCE CO., ET AL                SECTION: A/5

**J U D G M E N T**

For the reasons given orally following a hearing on December 17, 2009,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendants, Allstate Insurance Company, Lafayette Insurance Company, Xactware Solutions, Inc., Marshall & Swift/Boeckh, LLC, Insurance Services Office, Inc., State Farm Fire and Casualty Company, USAA Casualty Insurance Company, Farmers Insurance Exchange, Standard Fire Insurance Company, and McKinsey & Company, Inc. (U.S.) and against plaintiff, State of Louisiana, through its Attorney General, Charles C. Foti, Jr., and Charles C. Foti, Jr., dismissing plaintiffs' complaint.

New Orleans, Louisiana, this 17th day of December 2008.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE